IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

WILLIAM ESTRIDGE                                                    PLAINTIFF

          v.                        Civil No. 13-5200

DETECTIVE ROBERTSON;
and WASHINGTON COUNTY,
ARKANSAS                                                            DEFENDANT

                                    **ORDER**

     Now on this 13th day of January, 2014, comes on for consideration
the **Report and Recommendation of the Magistrate Judge** (document #6),
to which there are no objections, and the Court, being well and
sufficiently advised, finds that the Report And Recommendation is
sound in all respects, and should be adopted in its entirety.

     **IT IS THEREFORE ORDERED** that the **Report And Recommendation of
the Magistrate Judge** (document #6) is **adopted in its entirety.**

     **IT IS FURTHER ORDERED** that this matter is **dismissed because
Plaintiff has failed to state a claim upon which relief may be granted
and attempts to assert a claim not presently cognizable under § 1983.
See 28 U.S.C. § 1915(e)(2)(B)(I)-(iii)(*in forma pauperis* action may
be dismissed on such grounds at any time).**

     **IT IS SO ORDERED.**

                                        /s/ Jimm Larry Hendren
                                    JIMM LARRY HENDREN
                                    UNITED STATES DISTRICT JUDGE